**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
*Attorneys for Defendant*
*Copperfield Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> COPPERFIELD HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 6132 PEGGOTTY; AND RMI MANAGEMENT DBA RED ROCK FINANCIAL SERVICES, <br><br> Defendants. | Case No.: 2:16-cv-01834-APG-GWF <br><br> **STIPULATION AND ORDER EXTENDING BRIEFING** <br><br> **(First Request)** |

Defendant Copperfield Homeowners' Association (the "Association"), and Nationstar Mortgage, LLC, (the "Bank")(collectively, the "Parties"), by and through counsel of record, hereby stipulate and agree as follows:

1. On August 2, 2016, the Bank filed a Complaint [ECF No. 1].

2. On August 19, 2016, this Court ordered this matter temporarily stayed [ECF No. 8].

3. On February 7, 2019, the Parties submitted a Stipulation and Order to Lift Stay [ECF No. 27].

4. On February 8, 2019, this Court granted the stipulation and ordered the stay lifted [ECF No. 28].

5. On June 17, 2019, the Association filed a Motion to Dismiss Complaint [ECF No. 35].

6. On July 1, 2019, the Bank filed its Opposition to the Association's Motion to Dismiss Complaint [ECF No. 38].

7. The Association's reply in support of the Motion to Dismiss Complaint is due by July 8, 2019.

8. The Parties agree that the Association shall have an additional two weeks, until **July 22, 2019**, to file its reply in support of its Motion to Dismiss Complaint.

9. The Parties request this extension to allow for additional time to negotiate a possible settlement.

///

///

///

///

///

///

10. This is the Parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 8th day of July, 2019.

| **Akerman LLP** | **Leach Kern Gruchow Anderson Song** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Ryan D. Hastings* |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| Donna M. Wittig | Ryan D. Hastings |
| Nevada Bar No. 11015 | Nevada Bar No. 12394 |
| 1635 Village Center Circle, #200 | 2525 Box Canyon Drive |
| Las Vegas, NV 89134 | Las Vegas, NV 89128 |
| *Attorneys for Nationstar Mortgage, LLC* | *Attorneys for Copperfield Homeowners' Association* |

## **ORDER**

**IT IS SO ORDERED** this 11th day of July, 2019.

_____
U.S. DISTRICT COURT JUDGE